```
MARJIE D. BARROWS (State Bar No. 122129)
KATHLEEN M. DeLANEY (State Bar No. 196376)
```
**FORAN GLENNON PALANDECH
  PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:    (510) 740-1500
Facsimile:    (510) 740-1501

Attorneys for Defendant TRAVELERS CASUALTY
INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHO THANH PHAT, INC. dba PHO LEE HOA PHAT, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, AND DOES 1 TO 10, <br><br> Defendants. | 3:14-CV-03822-LB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Complaint filed:  March 6, 2014 <br> Trial Date:  Not Yet Set |

Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA ("Defendant" or "Travelers") and Plaintiff PHO THANH PHAT, INC. dba PHO LEE HOA PHAT ("Plaintiff"), by and through their attorneys of record, stipulate as follows:

 1. The Court has set an Initial Case Management Conference in this matter for November 20, 2014.

 2. Counsel for Plaintiff has indicated that Plaintiff intends to amend its complaint in this matter.

 3. In addition, the parties are interested in entering into confidential settlement discussions in an attempt to informally resolve this matter.

 4. Therefore the parties request that the Initial Case Management Conference in this matter be continued for at least sixty (60) days to allow the parties to attempt to informally resolve

-1-
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE INITIAL CMC
CASE NO. 3:14-CV-03822-LB

1  this matter, and, if necessary, for Plaintiff to amend its complaint.

2      5.    There have been no prior requests for a continuance on this Case Management Conference.

    NOW, THEREFORE, by and through their undersigned counsel of record, Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and Plaintiff PHO THANH PHAT, INC. dba PHO LEE HOA PHAT hereby stipulate to the following:

    1.    The date for the Initial Case Management Conference in this matter shall be continued from November 20, 2014 to January 29, 2014 at 11:00 a.m. in Courtroom C.

    2.    The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement shall be continued to January 22, 2015.

DATED: November 12, 2014

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By:     /s/ Marjie D. Barrows
        Marjie D. Barrows
        Kathleen M. DeLaney

Attorneys for Defendant TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

DATED: November 12, 2014

**VU S.A. LAW OFFICES, APC**

By:     /s/ Michael C. Vu
        Michael Chinh Vu

Attorney for Plaintiff PHO THANH PHAT, INC. dba PHO LEE HOA PHAT

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

# ~~[PROPOSED]~~ ORDER

1. The date for the Initial Case Management Conference in this matter is continued from November 20, 2014 to January 29, 2014 at 11:00 a.m. in Courtroom C.
2. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is continued to January 22, 2015.

**IT IS SO ORDERED.**

DATED: November 13, 2014

By: : _____
HON. LAUREL BEELER
U.S. DISTRICT JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE INITIAL CMC
CASE NO. 3:14-CV-03822-LB

## PROOF OF SERVICE BY UNITED STATES MAIL

*Pho Thanh Phat, Inc. vs. Travelers Casualty Insurance Company of America, et al.*
*Contra Costa Superior Court – Case No. C 14-00462*

I, Janice Bocage, declare:

1. At the time of service, I was over 18 years of age and not a party to this action.

2. My business address is Foran Glennon Palandech Ponzi & Rudloff PC, 2000 Powell Street, Suite 900, Emeryville, California 94608.

3. On November 13, 2014, I served the attached documents, entitled **STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE.**

4. I served the documents on the person or persons below, as follows:

   *Attorneys for Plaintiff*
   **Pho Thanh Phat, Inc. dba Pho Lee Hoa Phat**
   Michael Chinh Vu, Esq.
   Vu. S.A. Law Offices, APC
   142 East Mission Street
   San Jose, CA  95112

5. The documents were served **by United States mail**. I enclosed the documents in a sealed envelope(s) or package(s) addressed to the person(s) at the address(es) in item 4 above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:     November 13, 2014

_____                   _____
        Janice Bocage                                                         (SIGNATURE OF DECLARANT)

---

PROOF OF SERVICE – CIVIL
(BY UNITED STATES MAIL - CASE NO. C 14-00462)